No. 99–875. PELULLO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–876. WILBURN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–877. KENNEDY v. GOLDIN, ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–889. NEWSPAPER AND MAIL DELIVERERS UNION OF NEW YORK AND VICINITY v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 99–891. WILSON v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–909. LUKACS v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–911. VEY v. THE UNIVERSE ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–945. PULLMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–947. INSURANCE CONSULTANTS OF KNOX, INC., ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–975. AKSELRAD v. CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5140. SHIROSAKI v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–5320. VASQUEZ-CHAMORRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5331. MORA-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5467. BUSBY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.